So Ordered.

Dated: August 23rd, 2017

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

**MONTE L. MASINGALE AND ROSANA D. MASINGALE,**

Debtors.

No.: 15-03276-FPC11

Chapter 11

**FINDINGS OF FACT**

THIS MATTER coming before the Court for hearing upon the issues raised by Debtors' request for confirmation of Debtors' Chapter 11 Amended Chapter 11 Plan of Reorganization filed herein on March 2, 2017 [*Docket No. 222*], amended per Plan Amendment filed June 2, 2017 [*Docket No. 243*], and amended on August 7, 2017 [*Docket No. 279*] ("Plan"), and based upon the evidence produced, the Court now makes the following:

**FINDINGS OF FACT**

1. Debtors' Plan was submitted to Creditors and other parties in interest;

Findings of Fact-1

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

15-03276-FPC11    Doc 297    Filed 08/23/17    Entered 08/23/17 09:19:01    Pg 1 of 3

2. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

3. The provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law;

4. (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtors were liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5. All payments made or promised by the Debtors or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

6. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtors, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

7. Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been withdrawn, resolved or overruled;

Findings of Fact-2

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

15-03276-FPC11    Doc 297    Filed 08/23/17    Entered 08/23/17 09:19:01    Pg 2 of 3

8. It is proper that the Plan be confirmed.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: s/ Dan O'Rourke
DAN O'ROURKE, WSBA #4911

Findings of Fact-3

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

15-03276-FPC11    Doc 297    Filed 08/23/17    Entered 08/23/17 09:19:01    Pg 3 of 3