DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**MONTE L. MASINGALE AND ROSANA D. MASINGALE,**<br><br>Debtors. | No.: **15-03276-FPC7**<br><br>Chapter **7**<br><br>**MOTION FOR ORDER DIRECTING TRUSTEE TO HOLD HOME SALES PROCEEDS PENDING APPEAL AND FURTHER ORDER OF COURT** |

Debtor, Rosana Masingale, moves this Court for an order directing John Munding, Chapter 7 Trustee, to hold all proceeds from the sale of Debtor's home and make no disbursements therefrom until such time as that appeal pending in the United States Bankruptcy Appellate Panel of the Ninth Circuit, BAP No. EW-22-1016 ("Appeal") has been finalized and concluded.

This Motion is based upon the records and files herein, upon the Declaration in support hereof, and upon the citation of authorities and records in Appeal.

DATED this 14th day of April, 2022.

SOUTHWELL & O'ROURKE, P.S.

By: /s/ Dan O'Rourke
DAN O'ROURKE, WSBA #4911
Attorney for Debtor

Motion-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

15-03276-FPC7    Doc 556    Filed 04/14/22    Entered 04/14/22 10:09:36    Pg 1 of 1