JOHN D. MUNDING
MUNDING, P.S.
309 E Farwell Rd., Ste 310
Spokane, WA 99218-1152
(509) 590-3849
john@mundinglaw.com

*Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**MASINGALE, MONTE L. & ROSANA D.,**<br><br>Debtor(s). | Case No. 15-03276-FPC7<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S REPLY TO DEBTORS' OBJECTION TO MOTION FOR ORDER DIRECTING THE CANCELLATION OF MORTGAGE RECORDED IN VIOLATION OF AUTOMATIC STAY AND EXTINGUISHING LIEN AGAINST REAL PROPERTY SALE PROCEEDS** |

The Chapter 7 Trustee, John D. Munding, of Munding, P.S. (the "Trustee"), on behalf of the Chapter 7 Bankruptcy Estate of Monte L. & Rosana D. Masingale, ("Bankruptcy Estate") submits the following reply to the *Debtors' Objection to Chapter 7 Trustee's Motion For Order Directing Cancellation of Mortgage Recorded in Violation of the Automatic Stay and Extinguishing Lien* ("Debtors' Objection") (ECF

REPLY
– 1

MUNDING, P.S.
309 E FARWELL RD., STE 310
SPOKANE, WA 99218-1152
(509) 590-3849

No. 562).

## A. The Trustee's Motion Is Not Moot and Entry of An Order Granting the Trustee's Motion is Necessary.

In opposition to the Trustee's Motion for Order Directing Cancellation of Mortgage Recorded in Violation of the Automatic Stay and Extinguishing Lien ("Trustee's Motion"), the Debtor's argue that the Trustee's Motion should be denied as moot. The Debtors' base their argument of mootness upon an alleged Release of Mortgage recorded April 21, 2022, by Southwell & O'Rourke, P.S. However, the Release of Mortgage has not been filed in this proceeding and it is unclear from the record before the Court if the lien(s) created by the Mortgage were released against the "Subject Property" and now the post-closing sale proceeds held by the Trustee.

The Debtors, through counsel, take the position that:

> 3. Upon this Court ordering the sale of the Subject Property, including the Debtor's Homestead interest to which the lien attached, the lien should have automatically removed.

Debtors' Objection, page 2.

According to the foregoing statement, the Mortgage was somehow tied to the Debtors' Homestead interest. In the Declaration of Counsel In Support of Motion for Order Directing Trustee To Hold Home Sales Proceeds Pending Appeal and Further Order of Court (ECF No. 557), counsel for the Debtors testifies:

REPLY
– 2

4.... One of the issues relates to whether Debtor's home and the proceeds from the Chapter 7 Trustee's sale thereof are exempt property in whole or in part.

4. Debtor Rosana Masingale and her undersigned counsel believe the proceeds from the sale are exempt and should remain intact until Appeal is concluded....

Declaration of Counsel (ECF No. 557)

The Order Denying Debtor's Motion for Order Directing Abandonment of Property and Granting Trustee's Motion to Sell Property ("Order") (ECF No. 536) ordered in part:

4. The Trustee is authorized to pay from closing proceeds all allowed liens (other than the alleged judgment lien of the CRU), encumbrances, costs, fees, property taxes, and the debtors' maximum allowed homestead claims of exemption of $45,950;

5. The judgment lien of the CRU, if any, will attach to the net closing proceeds held by the Trustee; and..

*Order, page 8.*

The Trustee has complied with the terms and conditions of the Order, including the disbursement of the Debtors' maximum allowed homestead of $45,950. The entry of an order, in similar form to that attached hereto as Appendix "A", is necessary to complete the record in this proceeding and confirming the only lien which remains attached to the net closing proceeds is that of the CRU.

REPLY
—3

MUNDING, P.S.
309 E FARWELL RD., STE 310
SPOKANE, WA 99218-1152
(509) 590-3849

15-03276-FPC7    Doc 564    Filed 05/04/22    Entered 05/04/22 14:18:43    Pg 3 of 7

DATED this 4th day of May, 2022.

                                MUNDING, P.S.
                                */s/ John D. Munding,*
                                John D. Munding, WSBA # 21734
                                Attorney for Chapter 7 Trustee

REPLY – 4

**MUNDING, P.S.**
309 E FARWELL RD., STE 310
SPOKANE, WA 99218-1152
(509) 590-3849

# APPENDIX "A"

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 15-03276-FPC7 |
| **MASINGALE, MONTE L. & ROSANA D.,** | Chapter 7 |
| Debtor(s). | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER DIRECTING THE CANCELLATION OF MORTGAGE RECORDED IN VIOLATION OF AUTOMATIC STAY AND EXTINGUISHING LIEN AGAINST REAL PROPERTY SALE PROCEEDS** |

This matter having come before the court upon the Chapter 7 Trustee's ("Trustee") *Motion for Order Directing the Cancellation of Mortgage Recorded in Violation of Automatic Stay and Extinguishing Lien Against Real Property Sale Proceeds* (ECF No. 551), and the Court having considered the debtors' Objection to

ORDER CANCELLING AND EXTINGUISHING LIENS - 1

MUNDING, P.S.
309 E FARWELL RD, STE 310
SPOKANE, WA 99218-1152
(509) 590-3849

15-03276-FPC7    Doc 564    Filed 05/04/22    Entered 05/04/22 14:18:43    Pg 6 of 7

Chapter 7 Trustee's Motion for Order Directing Cancellation of Mortgage Recorded in Violation of the Automatic Stay and Extinguishing Lien Against Real Property Sale Proceeds (ECF No. 562), and the Court having held a hearing on May 17, 2022, and having considered the pleadings of record and counsel's argument, and good cause appearing:

IT IS HEREBY ORDERDED:

1. The Chapter 7 Trustee's Motion for Order Directing Cancellation of Mortgage Recorded in Violation of the Automatic Stay and Extinguishing Lien Against Real Property Proceeds (ECF No. 551) is GRANTED.

2. All liens and encumbrances created by the Mortgage dated August 31, 2021 executed by the debtor Rosana D. Masingale in favor of Southwell & O'Rourke, P.S. previously recorded against the real property commonly known as 19716 E. 8th Avenue, Greenacres, WA 99216 and the subsequent sale proceeds derived from the sale of such real property as held by the Chapter 7 Trustee are cancelled and extinguished.

/// END OF ORDER ///

Presented by:

MUNDING, P.S.

*/s/ John D. Munding*
JOHN D. MUNDING WSBA #21734
Attorney for Trustee

ORDER CANCELLING AND EXTINGUISHING LIENS - 2

**MUNDING, P.S.**
309 E FARWELL RD, STE 310
SPOKANE, WA 99218-1152
(509) 590-3849

15-03276-FPC7    Doc 564    Filed 05/04/22    Entered 05/04/22 14:18:43    Pg 7 of 7