**So Ordered.**

**Dated: May 25th, 2022**



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **15-03276-FPC11** |
|---|---|
| **MONTE L. MASINGALE AND ROSANA D. MASINGALE,** | Chapter **11** |
| Debtors. | **ORDER ON DEBTOR'S MOTION FOR ORDER DIRECTING TRUSTEE TO HOLD HOME SALES PROCEEDS PENDING APPEAL AND FURTHER ORDER OF COURT** |

**THIS MATTER** coming before this Court upon Debtors' Motion for Order Directing Trustee to Hold Home Sales Proceeds Pending Appeal and Further Order of Court [ECF 556] ("Motion"), and upon Chapter 7 Trustee's response and objection thereto [ECF 563] ("Objection"), and the Court having considered the records and files herein and the argument of counsel for Debtor and for Chapter 7 Trustee, and the Court finding that it has not been asked to nor has it stayed the home sale by Motion, that it

Order-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

15-03276-FPC7    Doc 575    Filed 05/25/22    Entered 05/25/22 15:30:58    Pg 1 of 2

has neither been asked by Motion to modify nor stay the order authorizing sale of Home [ECF 536], and good cause otherwise appearing;

**IT IS ORDERED** that as of May 17, 2022 no further disbursement of sales proceeds from the sale of Debtors' Home shall be made by Chapter 7 Trustee without further order of this Court.

///END OF ORDER//

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.


BY: /s/ Dan O'Rourke
    DAN O'ROURKE, WSBA #4911
      Attorney for Debtors

APPROVED FOR ENTRY


BY: /s/ John Munding
    JOHN MUNDING, WSBA #21734
      Chapter 7 Trustee

Order-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

15-03276-FPC7    Doc 575    Filed 05/25/22    Entered 05/25/22 15:30:58    Pg 2 of 2